March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

JESUS GOMEZ,

                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18-CR-490 (PAC)

Defendant _JESUS GOMEZ_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

\_\_\_     Status and/or Scheduling Conference

\_\_\_     Misdemeanor Plea/Trial/Sentence

\_X\_\_   Sentencing proceeding

/s/  Jesus Gomez
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jesus Gomez
_____
Print Defendant's Name

[signature]  6/26/20
_____
Defense Counsel's Signature

Glenn A. Garber
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/29/2020
_____
Date

[signature]
_____
U.S. District Judge/U.S. Magistrate Judge